IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE CASUALTY INS. CO., | |
| Plaintiff, | No. C 12-04918 JSW |
| v. | |
| ST. PAUL FIRE AND MARINE INS. CO., | **ORDER VACATING HEARING** |
| Defendant. | |

Now before the Court are the cross-motions for summary judgment. The Court finds that these matters are appropriate for disposition without oral argument and are hereby deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for April 11, 2014 is HEREBY VACATED. The Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: April 8, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE